**Elnora PARHAM, Plaintiff–Appellant,**

v.

**HSBC MORTGAGE CORPORATION, (USA); Federal National Mortgage Association, Defendants–Appellees.**

**No. 11–1779.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 30, 2012.

Decided: May 11, 2012.

Henry W. McLaughlin, III, Law Office Of Henry McLaughlin, P.C., Richmond, Virginia, for Appellant. Ronald J. Guillot, Jr., Samuel I. White, P.C., Virginia Beach, Virginia, for Appellees.

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elnora Parham appeals the district court's order granting HSBC Mortgage Corporation and Federal National Mortgage Company's motion to dismiss her action, brought pursuant to the Truth in Lending Act, 15 U.S.C.A. §§ 1601–1667(f) (West Supp.2011). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Parham v. HSBC Mortg. Corp.*, 826 F.Supp.2d 906 (E.D. Va.2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*